**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-02445-LTB-KLM

JACOB BARUTH,

        Plaintiff,

v.

HOVG, LLC, a Nevada limited liability company, d/b/a Bay Area Credit Service, LLC,

        Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 8 - filed November 29, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                              _s/Lewis T. Babcock_
                                              Lewis T. Babcock, Judge

DATED: November 30, 2011